# EXHIBIT "A"

12BB, APPEAL, CLOSED, PRETRL, SCHEDO

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
### CIVIL DOCKET FOR CASE #: 2:01-cv-05397-JAG-MCA

NATIONAL FERTILIZERS v. VEPURI, et al
Assigned to: Judge Joseph A. Greenaway, Jr.
Referred to: Magistrate Judge Madeline C. Arleo
Demand: $0
Case in other court: USCA 3rd Circuit, 07-01488
Cause: 28:1332 Diversity-Fraud

Date Filed: 11/20/2001
Date Terminated: 06/23/2005
Jury Demand: Both
Nature of Suit: 370 Fraud or Truth-In-Lending
Jurisdiction: Diversity

**Movant**

CIHAN KARANCI

**Movant**

KARSAN, LTD

**Movant**

TUNCAY ALANKUS

**Plaintiff**

NATIONAL FERTILIZERS LIMITED         represented by   PAUL L. KATTAS
                                                      REPPERT KELLEY
                                                      403 KING GEORGE ROAD
                                                      SUITE 201
                                                      BASKING RIDGE, NJ 07920
                                                      908-647-9300
                                                      Email: pkattats@reppertkelly.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      PHILIP DAVID ROBBEN
                                                      KELLEY, DRYE & WARREN, LLP
                                                      101 PARK AVENUE
                                                      NEW YORK, NY 10178
                                                      212-808-7800
                                                      Email: probben@kelleydrye.com
                                                      *ATTORNEY TO BE NOTICED*

V.

**Defendant**

MURTY S. VEPURI                      represented by   JONATHAN KOHN
                                                      ROTHBARD, ROTHBARD, KOHN &
                                                      KELLER, ESQS.
                                                      50 PARK PLACE

| | | |
|---|---|---|
| 11/27/2001 | | SUMMONS(ES) issued for MURTY S. VEPURI ( 20 Days) (Mailed to Counsel) (jr) (Entered: 11/27/2001) |
| 11/27/2001 | | SUMMONS(ES) issued for VARALAXMI VEPURI ( 20 Days) (Mailed to Counsel) (jr) (Entered: 11/27/2001) |
| 11/27/2001 | 2 | NOTICE of Allocation and Assignment filed. Magistrate Judge G. DONALD HANEKE (jr) Additional attachment(s) added on 6/8/2007 (mn, ). (Entered: 11/27/2001) |
| 12/07/2001 | 3 | RETURN OF SERVICE executed as to VARALAXMI VEPURI 12/5/01 Answer due on 12/25/01 for VARALAXMI VEPURI (jd) Additional attachment(s) added on 6/8/2007 (mn, ). (Entered: 12/07/2001) |
| 12/07/2001 | 4 | RETURN OF SERVICE executed as to MURTY S. VEPURI 12/5/01 Answer due on 12/25/01 for MURTY S. VEPURI (jd) Additional attachment(s) added on 6/8/2007 (mn, ). (Entered: 12/07/2001) |
| 02/06/2002 | 5 | Notice of MOTION for Henry J. Steinglass to appear pro hac vice by MURTY S. VEPURI, VARALAXMI VEPURI, Motion set for 3/11/02 on [5-1] motion w/cert of service and declarations attached (PO Subm) (jd) Additional attachment(s) added on 6/8/2007 (mn, ). (Entered: 02/06/2002) |
| 02/19/2002 | 6 | STIPULATION and ORDER, extending time , setting answer due for 3/12/02 for VARALAXMI VEPURI, for MURTY S. VEPURI ( signed by Mag. Judge G. D. Haneke ) n/m (jd) Additional attachment(s) added on 6/8/2007 (mn, ). (Entered: 02/19/2002) |
| 03/08/2002 | 7 | ORDER, set scheduling conference for 11:00 4/15/02 ( signed by Mag. Judge G. D. Haneke ) (NM) (nc) Additional attachment(s) added on 6/8/2007 (mn, ). (Entered: 03/08/2002) |
| 03/12/2002 | 8 | Notice of Intent to submit a Dispositive motion dismissing action by MURTY S. VEPURI, VARALAXMI VEPURI (jd) Additional attachment(s) added on 6/8/2007 (mn, ). (Entered: 03/13/2002) |
| 03/25/2002 | 9 | Minute entry: Proceedings recorded by Ct-Reporter: none; Minutes of: 3/25/02; The following actions were taken, [5-1] motion for Henry J. Steinglass to appear pro hac vice taken under advisement. Rule 78. By Mag. Judge G. D. Haneke (jd) Additional attachment(s) added on 6/8/2007 (mn, ). (Entered: 03/25/2002) |
| 03/25/2002 | 10 | ORDER granting [5-1] motion for Henry J. Steinglass to appear pro hac vice ( signed by Mag. Judge G. D. Haneke ) (NM) (jd) Additional attachment(s) added on 6/8/2007 (mn, ). (Entered: 03/25/2002) |
| 03/26/2002 | 11 | RESPONSE and objections to the complaint on behalf of Karsan, Ltd and the Executive of the Company Mr. Tuncay Alankus, etal (copy to JAG) (jd) Additional attachment(s) added on 6/8/2007 (mn, ). (Entered: 03/26/2002) |
| 04/05/2002 | 12 | Notice of MOTION for Paul Doyle to appear pro hac vice by NATIONAL FERTILIZERS, Motion set for 5/13/02 on [12-1] motion cert of service (PO Subm) (jd) Additional attachment(s) added on 6/8/2007 (mn, ). (Entered: 04/05/2002) |

| | | |
|---|---|---|
| | | discovery and granting motion to extend the discovery period, setting discovery due for 4/15/03 , setting settlement conference for 2:30 4/21/03 ; response to written discovery is due 1/6/03, etc. By Judge Joseph A. Greenaway, Jr. (jd) Additional attachment(s) added on 6/8/2007 (mn, ). (Entered: 11/26/2002) |
| 12/09/2002 | 36 | ORDER denying [29-1] motion to stay discovery; motion to extend the discovery period is granted to the extent that the discovery period shall be extended to 4/15/03 ; setting settlement conference for 2:30 4/21/03 ( signed by Judge Joseph A. Greenaway, Jr. ) (NM) (jd) Additional attachment(s) added on 6/8/2007 (mn, ). (Entered: 12/10/2002) |
| 01/17/2003 | 37 | Minute entry: Proceedings recorded by Ct-Reporter: none; Minutes of: 1/17/03; The following actions were taken. Status Conference (telephone). Defts to turnover all written discovery immediately. By Judge Joseph A. Greenaway, Jr. (jd) Additional attachment(s) added on 6/8/2007 (mn, ). (Entered: 01/21/2003) |
| 04/21/2003 | 38 | Minute entry: Proceedings recorded by Ct-Reporter: none; Minutes of: 4/21/03; The following actions were taken. Settlement conference. Trial date set for 9/9/03 at 9:30 a.m. By Judge Joseph A. Greenaway, Jr. (jd) Additional attachment(s) added on 6/8/2007 (mn, ). (Entered: 04/22/2003) |
| 04/22/2003 | | Deadline updated; setting trial date for 9:30 9/9/03 (jd) (Entered: 04/22/2003) |
| 04/28/2003 | 39 | ORDER mooting [24-1] motion to extend time to answer amended complaint ( signed by Mag. Judge G. D. Haneke ) (NM) (bl) Additional attachment(s) added on 6/8/2007 (mn, ). (Entered: 04/29/2003) |
| 04/28/2003 | 40 | ORDER terminating [24-1] motion to extend time to answer amended complaint as MOOT. ( signed by Judge Joseph A. Greenaway, Jr. ) (NM) (ar) Additional attachment(s) added on 6/8/2007 (mn, ). (Entered: 04/29/2003) |
| 05/08/2003 | 41 | Notice of MOTION for leave to file second amended complaint by NATIONAL FERTILIZERS, Motion set for 6/9/03 on [41-1] motion cert of service (Brief/PO Subm) (jd) Additional attachment(s) added on 6/8/2007 (mn, ). (Entered: 05/08/2003) |
| 05/08/2003 | 42 | DECLARATION of Philip D. Robben on behalf of NATIONAL FERTILIZERS in support of [41-1] motion for leave to file second amended complaint w/exhibits attached (jd) Additional attachment(s) added on 6/11/2007 (mn, ). (Entered: 05/08/2003) |
| 06/02/2003 | 43 | Minute entry: Proceedings recorded by Ct-Reporter: none; Minutes of: 6/2/03; The following actions were taken. Status/Scheduling Conf. The pltfs will be filing a second amended complaint. Dispositive motions are to be submitted purs. to schedule: moving papers are to be exchanged by 6/20/03, opposition papers due 7/7/03; reply papers due by 7/18/03; Hrg set for 8/15/03 at 10:00 am; Voire dire questions are to be submitted purs. to schedule: Moving papers due by 8/1/03; opposition papers due by 8/11/03; reply papers due by 8/21/03. Hrg. set for 9/3/03 at 3:30 pm; Trial date set for 9/9/03 at 9:30 a.m. By Judge Joseph A. Greenaway, Jr. (jd) Additional attachment(s) added on 6/8/2007 (mn, ). (Entered: 06/02/2003) |

| | | |
|---|---|---|
| 06/11/2003 | 44 | ORDER granting [41-1] motion for leave to file second amended complaint and that the second amended complaint is deemed to have been filed. Defts have 10 days from the date this order is entered to answer and respond to the amendment ( signed by Judge Joseph A. Greenaway, Jr. ) (NM) (jd) Additional attachment(s) added on 6/8/2007 (mn, ). (Entered: 06/11/2003) |
| 06/18/2003 | 45 | Second AMENDED COMPLAINT by NATIONAL FERTILIZERS , amending [20-1] amended complaint; jury demand (jd) Additional attachment(s) added on 6/6/2007 (mn, ). (Entered: 06/18/2003) |
| 06/20/2003 | 46 | ORDER re: dispositive motions-oral argument on all pending dispositive motions shall be heard on 8/15/03; motion in limine- oral argument on all pending motion sin limine shall be heard 9/3/03; etc. ( signed by Judge Joseph A. Greenaway, Jr. ) (NM) (jd) Additional attachment(s) added on 6/8/2007 (mn, ). (Entered: 06/23/2003) |
| 07/21/2003 | 47 | Notice of MOTION for summary judgment by NATIONAL FERTILIZERS, Motion set for 8/15/03 on [47-1] motion w/cert of service attached (Brief/PO Subm) (jd) Additional attachment(s) added on 6/12/2007 (mn, ). (Entered: 07/22/2003) |
| 07/21/2003 | 48 | DECLARATION of Narenda Kumar Gupta on behalf of NATIONAL FERTILIZERS in support of [47-1] motion for summary judgment w/exhibits attached (jd) Additional attachment(s) added on 6/12/2007 (mn, ). Additional attachment(s) added on 6/14/2007 (mn, ). (Entered: 07/22/2003) |
| 07/21/2003 | 49 | DECLARATION of Paul F. Doyle on behalf of NATIONAL FERTILIZERS in support of [47-1] motion for summary judgment w/exhibits attached (jd) Additional attachment(s) added on 6/12/2007 (mn, ). (Entered: 07/22/2003) |
| 07/21/2003 | 50 | CERTIFICATION of George R. Talarico on behalf of MURTY S. VEPURI, VARALAXMI VEPURI in opposition to [47-1] motion for summary judgment w/exhibits attached (jd) Additional attachment(s) added on 6/11/2007 (mn, ). (Entered: 07/22/2003) |
| 07/21/2003 | 51 | CERTIFICATION of Varalaxmi Vepuri on behalf of MURTY S. VEPURI, VARALAXMI VEPURI in opposition to [47-1] motion for summary judgment (jd) Additional attachment(s) added on 6/8/2007 (mn, ). (Entered: 07/22/2003) |
| 07/21/2003 | 52 | CERTIFICATION of Murty s. Vepuri on behalf of MURTY S. VEPURI, VARALAXMI VEPURI in opposition to [47-1] motion for summary judgment w/exhibits attached (jd) Additional attachment(s) added on 6/11/2007 (mn, ). (Entered: 07/22/2003) |
| 07/21/2003 | 53 | Reply DECLARATION of Paul F. Doyle on behalf of NATIONAL FERTILIZERS in further support of [47-1] motion for summary judgment w/exhibits attached (jd) Additional attachment(s) added on 6/11/2007 (mn, ). (Entered: 07/22/2003) |
| 08/05/2003 | 54 | Notice of MOTION in limine excluding evidence relating to deft Murty Vepuri's invocation of his 5th Amendment, etc. by MURTY S. VEPURI, VARALAXMI VEPURI, Motion set for 9/3/03 on [54-1] motion w/cert of |

| | | |
|---|---|---|
| 04/28/2005 | 88 | ORDER granting 84 Motion for Leave to Appear pro hac vice as to Cathleen K. Condren . Signed by Judge Joseph A. Greenaway, Jr. on 4/27/05. (jd, ) (Entered: 04/28/2005) |
| 04/28/2005 | 89 | AFFIDAVIT of Service for Order *granting Motion for Leave to Appear pro hac vice as to Cathleen K. Condren, entered on 4/28/05* served on Law Offices of Susheela Verma on 4/28/05, filed by NATIONAL FERTILIZERS LIMITED. (ROBBEN, PHILIP) (Entered: 04/28/2005) |
| 04/29/2005 | 90 | Proposed Voir Dire by NATIONAL FERTILIZERS LIMITED. (ROBBEN, PHILIP) (Entered: 04/29/2005) |
| 04/29/2005 | 93 | Minute Entry for proceedings held before Judge Joseph A. Greenaway, Jr. : Motion Hearing continued on 4/29/2005 re 74 MOTION in Limine filed by MURTY S. VEPURI, VARALAXMI VEPURI. (Court Reporter Tom Brazaitis.) (ps, ) (Entered: 05/05/2005) |
| 05/03/2005 | 95 | Minute Entry for proceedings held before Judge Joseph A. Greenaway, Jr. : Jury Selection held on 5/3/2005. 9 Jurors selected. Trial w/jury adj., at 5:30 p.m., to be continued on 5-4-05 at 9:30. (Court Reporter Tom Brazaitis.) (ps, ) (Entered: 05/10/2005) |
| 05/04/2005 | 91 | ORDER denying 74 Motion for a determination, that this matter should be governed by Indian Law, etc.. Signed by Judge Joseph A. Greenaway, Jr. on 5/3/05. (jd, ) (Entered: 05/04/2005) |
| 05/04/2005 | 96 | Minute Entry for proceedings held before Judge Joseph A. Greenaway, Jr. : Jury Trial held on 5-4-05. Trial adj., at 4:00 p.m., to be continued on 5-5-05 at 9:30 a.m. (Court Reporter Tom Brazaitis.) (ps, ) (Entered: 05/10/2005) |
| 05/05/2005 | 97 | Minute Entry for proceedings held before Judge Joseph A. Greenaway, Jr. : Jury Trial held on 5-5-2005. Trial adj., at 4:00 p.m., to be continued on 5-6-05 at 9:00 a.m. (Court Reporter Tom Brazaitis.) (ps, ) (Entered: 05/10/2005) |
| 05/06/2005 | 98 | Minute Entry for proceedings held before Judge Joseph A. Greenaway, Jr. : Jury Trial held on 5-6-2005. Trial adj., at 12:00 p.m., to be continued on 5-10-05 at 9:30 a.m. (Court Reporter Tom Brazaitis.) (ps, ) (Entered: 05/10/2005) |
| 05/10/2005 | 94 | Proposed Jury Instructions by NATIONAL FERTILIZERS LIMITED (ROBBEN, PHILIP) (Entered: 05/10/2005) |
| 05/10/2005 | 99 | Minute Entry for proceedings held before Judge Joseph A. Greenaway, Jr. : Jury Trial continued on 5/10/2005. (Court Reporter Tom Brazaitis.) (ps, ) (Entered: 05/16/2005) |
| 05/11/2005 | 100 | Minute Entry for proceedings held before Judge Joseph A. Greenaway, Jr. : Jury Trial continued on 5/11/2005. (Court Reporter Tom Brazaitis.) (ps, ) (Entered: 05/16/2005) |
| 05/12/2005 | 101 | Minute Entry for proceedings held before Judge Joseph A. Greenaway, Jr. : Jury Trial continued on 5/12/2005. (Court Reporter Tom Brazaitis.) (ps, ) (Entered: 05/16/2005) |
| 05/13/2005 | 102 | Minute Entry for proceedings held before Judge Joseph A. Greenaway, Jr. : |

| | | |
|---|---|---|
| | | Jury Trial continued on 5/13/2005. Trial adj., at 12:00 p.m., to be continued on 5/17/05. (Court Reporter Tom Brazaitis.) (ps, ) (Entered: 05/16/2005) |
| 05/16/2005 | 103 | NOTICE of Change of Address by PAUL H. MANDAL (jd, ) (Entered: 05/17/2005) |
| 05/17/2005 | 104 | Minute Entry for proceedings held before Judge Joseph A. Greenaway, Jr.: Jury Trial continued on 5/17/2005. Trial adj., at 5:45 p.m., to be continued on 5/18/05. (Court Reporter Tom Brazaitis.) (ps, ) (Entered: 05/19/2005) |
| 05/18/2005 | 105 | Minute Entry for proceedings held before Judge Joseph A. Greenaway, Jr.: Jury Trial continued on 5/18/2005. Trial adj., at 4:30 p.m., to be continued on 5/19/05. (Court Reporter Tom Brazaitis.) (ps, ) (Entered: 05/19/2005) |
| 05/19/2005 | 109 | Minute Entry for proceedings held before Judge Joseph A. Greenaway, Jr.: Jury Trial held on 5/19/2005. Charge conference is set for 5-23-05. Trial w/jury adj., at 5:30 p.m., to be continued on 5-24-05. (Court Reporter Tom Brazaitis.) (ps, ) (Entered: 05/25/2005) |
| 05/23/2005 | 106 | BRIEF *Plaintiff's Brief In Opposition To Defendants' Oral Application For An Order Limiting The Damages Plaintiff May Recover On Its Claim For Civil Conspiracy* filed by NATIONAL FERTILIZERS LIMITED. (ROBBEN, PHILIP) (Entered: 05/23/2005) |
| 05/23/2005 | 107 | BRIEF *Plaintiff's Brief In Opposition To Defendants' Oral Application For Judgment As A Matter Of Law On Plaintiff's Claim For The Imposition Of A Constructive Trust* filed by NATIONAL FERTILIZERS LIMITED. (ROBBEN, PHILIP) (Entered: 05/23/2005) |
| 05/23/2005 | 110 | Minute Entry for proceedings held before Judge Joseph A. Greenaway, Jr.: Charge Conference held on 5/23/2005. Conference to be continued on 5/24/05 at 10:00 a.m. Trial w/jury to be continued on 5/24/05 at 12:00 p.m. (Court Reporter Tom Brazaitis.) (ps, ) (Entered: 05/25/2005) |
| 05/24/2005 | 108 | AFFIDAVIT of Service for PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW ON PLAINTIFF'S CLAIM FOR THE IMPOSITION OF A CONSTRUCTIVE TRUST, and PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR AN ORDER LIMITING THE DAMAGES PLAINTIFF MAY RECOVER ON ITS CLAIM FOR CIVIL CONSPIRACY *by mail* served on Law Offices of Susheela Verma on 5/23/05, filed by NATIONAL FERTILIZERS LIMITED. (ROBBEN, PHILIP) (Entered: 05/24/2005) |
| 05/24/2005 | 111 | Minute Entry for proceedings held before Judge Joseph A. Greenaway, Jr.: Jury Trial held on 5/24/2005. Closing arguments for defts., & pltf. Trial adj., at 5:00 p.m., to be continued on 5-24-05. (Court Reporter Tom Brazaitis.) (ps, ) (Entered: 05/25/2005) |
| 05/25/2005 | 115 | Minute Entry for proceedings held before Judge Joseph A. Greenaway, Jr.: Jury Trial continued on 5/25/2005. Jury commenced deliberations at 1:00 p.m. Deliberations adj., at 4:15 p.m., to be continued on 5/26/05 at 9:30 a.m. (Court Reporter Tom Brazaitis.) (ps, ) (Entered: 06/03/2005) |
| 05/25/2005 | 116 | Jury Communication C-1.(ps, ) (Entered: 06/03/2005) |

| Date | Doc # | Description |
|---|---|---|
| 05/26/2005 | 117 | Minute Entry for proceedings held before Judge Joseph A. Greenaway, Jr.: Jury Trial completed on 5/26/2005. Verdict: $2,000,000.00 in favor of the plaintiff. (Court Reporter Tom Brazaitis.) (ps, ) (Entered: 06/06/2005) |
| 05/26/2005 | 118 | Jury Communication C-2 through C-5.(ps, ) (Entered: 06/06/2005) |
| 05/26/2005 | 119 | JURY VERDICT SHEET(ps, ) (Entered: 06/07/2005) |
| 06/01/2005 | 112 | APPLICATION/PETITION to implead as a party to the dispute by CIHAN KARANCI. (jd, ) (Entered: 06/01/2005) |
| 06/01/2005 | 113 | APPLICATION/PETITION to be a party to the dispute by KARSAN LTD. (jd, ) (Entered: 06/02/2005) |
| 06/01/2005 | 114 | APPLICATION/PETITION to be a party to the dispute by TUNCAY ALANKUS. (jd, ) (Entered: 06/02/2005) |
| 06/20/2005 | 120 | BRIEF *National Fertilizers Limited's Brief in support of its request for prejudgment interest* filed by NATIONAL FERTILIZERS LIMITED. (Attachments: # 1 Affidavit of Service)(ROBBEN, PHILIP) (Entered: 06/20/2005) |
| 06/20/2005 | 121 | DECLARATION of Paul F. Doyle re 120 Brief by NATIONAL FERTILIZERS LIMITED. (Attachments: # 1 Affidavit of Service)(ROBBEN, PHILIP) (Entered: 06/20/2005) |
| 06/23/2005 | 122 | JUDGMENT in favor of NATIONAL FERTILIZERS LIMITED against MURTY S. VEPURI AND VARALAXMI VEPURI in the sum of $2,000,000.00, jointly and severally, in compensatory damages, etc.. Signed by Judge Joseph A. Greenaway, Jr. on 6/23/05. (jd, ) (Entered: 06/23/2005) |
| 06/23/2005 |  | ***Civil Case Terminated. (jd, ) (Entered: 06/23/2005) |
| 06/29/2005 | 123 | NOTICE by NATIONAL FERTILIZERS LIMITED *Entry of Judgment entered in Court on 6/23/2005* (Attachments: # 1 Affidavit of Service by First Class Mail)(ROBBEN, PHILIP) (Entered: 06/29/2005) |
| 07/06/2005 | 124 | BRIEF in opposition to the NFL's request for prejudgment interest filed by MURTY S. VEPURI, VARALAXMI VEPURI. (jd, ) (Entered: 07/06/2005) |
| 07/19/2005 | 125 | ORDER that Dr. Vepuri's motion with respect to the conversion and unjust enrichment claims is Denied; defts' motion w/respect to civil conspiracy is Withdrawn; defts' motion with respect to pltf's request for the imposition of a constructive trust is Denied; pltf's request for the imposition of a constructive trust is Denied. Signed by Judge Joseph A. Greenaway, Jr. on 7/18/05. (jd, ) (Entered: 07/19/2005) |
| 07/22/2005 | 126 | MOTION for Bill of Costs by NATIONAL FERTILIZERS LIMITED (ROBBEN, PHILIP) (Entered: 07/22/2005) |
| 07/22/2005 | 127 | BILL OF COSTS by NATIONAL FERTILIZERS LIMITED. (ROBBEN, PHILIP) (Entered: 07/22/2005) |
| 07/27/2005 | 128 | AFFIDAVIT of Service *By First Class Mail* on 7/26/2005, filed by NATIONAL FERTILIZERS LIMITED. (Attachments: # 1 Order Entered on |

| | | |
|---|---|---|
| | | 7/19/2005)(ROBBEN, PHILIP) (Entered: 07/27/2005) |
| 08/01/2005 | 129 | TRANSCRIPT of Proceedings held on September 12, 2003, April 29, 2005, and May 4-6, 10-13, 17-19, & 23-25, 2005 before Judge Greenaway. Court Reporter: Thomas F. Brazaitis. PLEASE NOTE: The complete transcript of these proceedings is maintained in paper format on file in the Clerks Office. To request copies of this transcript, contact the Official Court Reporter or Transcription Service who prepared the transcript. (ji, ) (Entered: 08/01/2005) |
| 08/01/2005 | 130 | TRANSCRIPT of Proceedings held on April 15, 2005 before Judge Greenaway. Court Reporter: Thomas F. Brazaitis. PLEASE NOTE: The complete transcript of these proceedings is maintained in paper format on file in the Clerks Office. To request copies of this transcript, contact the Official Court Reporter or Transcription Service who prepared the transcript. (ji, ) (Entered: 08/01/2005) |
| 08/29/2005 | | Judge Madeline C. Arleo added. (nc, ) (Entered: 09/30/2005) |
| 09/27/2005 | | Pro Hac Vice fee as to Cathleen K. Condren: $ 150.00, receipt number 331801 (jd, ) (Entered: 09/27/2005) |
| 12/23/2005 | 131 | MOTION to Compel *Discovery Responses and for Costs* by NATIONAL FERTILIZERS LIMITED. (Attachments: # 1 Text of Proposed Order) (ROBBEN, PHILIP) (Entered: 12/23/2005) |
| 12/23/2005 | 132 | BRIEF in Support re 131 MOTION to Compel *Discovery Responses and for Costs* filed by NATIONAL FERTILIZERS LIMITED. (ROBBEN, PHILIP) (Entered: 12/23/2005) |
| 12/23/2005 | 133 | DECLARATION of Paul F. Doyle re 131 MOTION to Compel *Discovery Responses and for Costs* by NATIONAL FERTILIZERS LIMITED. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I)(ROBBEN, PHILIP) (Entered: 12/23/2005) |
| 12/27/2005 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE: the motion to compel doc #131 filed by P. Robben on 12/23/05 was signed by an attorney admitted pro hac vice. Please resubmit the document using the proper signature (attorney of record) w/in three business days from the date of the annotation. This message is for informational purposes only. (jd, ) (Entered: 12/27/2005) |
| 12/27/2005 | 134 | MOTION to Compel *Discovery Responses and for Costs* by NATIONAL FERTILIZERS LIMITED. (Attachments: # 1 Text of Proposed Order) (ROBBEN, PHILIP) (Entered: 12/27/2005) |
| 12/27/2005 | 135 | BRIEF in Support re 134 MOTION to Compel *Discovery Responses and for Costs* filed by NATIONAL FERTILIZERS LIMITED. (ROBBEN, PHILIP) (Entered: 12/27/2005) |
| 12/27/2005 | 136 | DECLARATION of Paul F. Doyle re 134 MOTION to Compel *Discovery Responses and for Costs* by NATIONAL FERTILIZERS LIMITED. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I)(ROBBEN, PHILIP) (Entered: 12/27/2005) |

| | | |
|---|---|---|
| 12/27/2005 | | Set Deadlines as to 134 MOTION to Compel *Discovery Responses and for Costs*. Motion Hearing set for 1/23/2006 before Judge Joseph A. Greenaway, Jr.. (Please be advised that this motion shall be decided on the papers unless otherwise notified by the court) (jd, ) (Entered: 12/28/2005) |
| 01/10/2006 | 137 | ORDER that pltf's motion to compel defts' responses to pltf's post-judgment discovery request is granted, etc.. Signed by Judge Madeline C. Arleo on 1/10/06. (jd, ) (Entered: 01/12/2006) |
| 01/20/2006 | 138 | DECLARATION of Paul F. Doyle *pursuant to the Court's Order, entered on January 10, 2006* by NATIONAL FERTILIZERS LIMITED. (Attachments: # 1 Exhibit A# 2 Exhibit B)(ROBBEN, PHILIP) (Entered: 01/20/2006) |
| 01/25/2006 | 139 | MOTION for Reconsideration re 134 MOTION to Compel *Discovery Responses and for Costs SUSHEELA VERMA* by MURTY S. VEPURI, VARALAXMI VEPURI. (Attachments: # 1)(VERMA, SUSHEELA) (Entered: 01/25/2006) |
| 01/25/2006 | | Set Deadlines as to 139 MOTION for Reconsideration of 1/10/06 order SUSHEELA VERMA. Motion Hearing set for 2/27/2006 before Judge Joseph A. Greenaway, Jr.. (Please be advised that this motion shall be decided on the papers unless otherwise notified by the court) (jd, ) (Entered: 01/25/2006) |
| 01/31/2006 | 140 | Order on Oral Motion/ JUDGMENT in favor of NATIONAL FERTILIZERS LIMITED against MURTY S. VEPURI AND VARALAXMI VEPURI, and the Law Offices of Susheela Verma, jointly and severally, in the amount of $7,886.00 . Signed by Judge Madeline C. Arleo on 1/31/06. (jd, ) (Entered: 01/31/2006) |
| 02/09/2006 | 141 | MOTION for Reconsideration re 140 Judgment, Order on Oral Motion (mjstar),, Order on Oral Motion (mjstar) by MURTY S. VEPURI, VARALAXMI VEPURI. (Attachments: # 1 Certificate of Service # 2 Certification # 3 Statement # 4 Text of Proposed Order)(VERMA, SUSHEELA) (Entered: 02/09/2006) |
| 02/09/2006 | | Set Deadlines as to 141 MOTION for Reconsideration re 140 Judgment, Order Motion Hearing set for 3/13/2006 before Judge Joseph A. Greenaway, Jr.. (Please be advised that this motion shall be decided on the papers unless otherwise notified by the court) (jd, ) (Entered: 02/10/2006) |
| 02/14/2006 | 142 | BRIEF in Opposition re 139 MOTION for Reconsideration re 134 MOTION to Compel *Discovery Responses and for Costs SUSHEELA VERMA*, 141 MOTION for Reconsideration re 140 Judgment, Order on Oral Motion (mjstar),, Order on Oral Motion (mjstar) filed by NATIONAL FERTILIZERS LIMITED. (ROBBEN, PHILIP) (Entered: 02/14/2006) |
| 02/14/2006 | 143 | DECLARATION of Paul F. Doyle *in Opposition re 139 MOTION for Reconsideration re 134 MOTION to Compel Discovery Responses and for Costs SUSHEELA VERMA, 141 MOTION for Reconsideration re 140 Judgment, Order on Oral Motion (mjstar),, Order on Oral Motion (mjstar)* by NATIONAL FERTILIZERS LIMITED. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G) (ROBBEN, PHILIP) (Entered: 02/14/2006) |

| | | |
|---|---|---|
| 02/20/2006 | 144 | REPLY to Response to Motion re 141 MOTION for Reconsideration re 140 Judgment, Order on Oral Motion (mjstar)., Order on Oral Motion (mjstar) *Verma Reply to NFL Brief* filed by MURTY S. VEPURI, VARALAXMI VEPURI. (Attachments: # 1 Exhibit)(VERMA, SUSHEELA) (Entered: 02/20/2006) |
| 05/26/2006 | 145 | LETTER ORDER scheduling deft's Motion for Reconsideration for 6/6/06 at 10:30 a.m.; etc. Signed by Judge Madeline C. Arleo on 5/25/06. (sr, ) (Entered: 05/26/2006) |
| 06/06/2006 | | Minute Entry for proceedings held before Judge Madeline C. Arleo : Miscellaneous Hearing held on 6/6/2006. (jl, ) (Entered: 07/07/2006) |
| 06/15/2006 | 146 | ORDER denying 139 Motion for Reconsideration, denying 141 Motion for Reconsideration; law offices of Sushella Verma is relieved of its obligations as counsel to defts as of 6/6/06, etc; attorney's fees awarded to pltf by order dated 1/31/06 are reduced, etc.. Signed by Judge Madeline C. Arleo on 6/15/06. (jd, ) (Entered: 06/20/2006) |
| 06/30/2006 | 147 | TRANSCRIPT of Proceedings held on June 6, 2006 before Judge Arleo. PLEASE NOTE: The complete transcript of these proceedings is maintained in paper format on file in the Clerks Office. To request copies of this transcript, contact the Official Court Reporter or Transcription Service who prepared the transcript. (ji, ) (Entered: 07/18/2006) |
| 11/27/2006 | 148 | APPLICATION for Stay of Execution, filed by MURTY S. VEPURI, VARALAXMI VEPURI. (Attachments: # 1 Exhibit A Part I# 2 Exhibit A Part II# 3 Exhibit B# 4 Brief # 5 Text of Proposed Order # 6 Certificate of Service) (STOFMAN, MARC) (Entered: 11/27/2006) |
| 12/28/2006 | 149 | Letter from Paul F. Doyle on behalf of pltf requesting the Court enter a briefing schedule on defts' motion to stay, etc.. (jd, ) (Entered: 12/28/2006) |
| 01/11/2007 | 150 | ORDER that pltf's motion requesting prejudgment interest is Denied as moot, as this Court granted the moion in the judgment, etc.; the amount of prejudgment interest that defts are ordered to pay is set at $385,287.14. Signed by Judge Joseph A. Greenaway, Jr. on 1/11/07. (jd, ) (Entered: 01/19/2007) |
| 01/18/2007 | 151 | ORDER that pltf's application for an order to show cause requesting a stay of execution on the Judgment is Denied. Signed by Judge Joseph A. Greenaway, Jr. on 1/18/07. (jd, ) (Entered: 01/19/2007) |
| 01/18/2007 | 152 | Letter from Anthony P. Tabasso to Judge Greenaway. (jd, ) (Entered: 01/23/2007) |
| 02/12/2007 | 153 | Letter from Philip D. Robben to Hon. Madeline C. Arleo enclosing a Proposed Order concerning the inspection of the Defendants' property in Pennsylvania. (Attachments: # 1 Text of Proposed Order)(ROBBEN, PHILIP) (Entered: 02/12/2007) |
| 02/16/2007 | 154 | NOTICE OF APPEAL as to 150 Order,, 122 Judgment, 91 Order on Motion in Limine by MURTY S. VEPURI, VARALAXMI VEPURI. Filing fee $ 455, receipt number 1353335. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record |

| | | and/or the certified copy of the docket entries. (Attachments: # 1 Certificate of Service)(TABASSO, ANTHONY) (Entered: 02/16/2007) |

**Subject:** ERMAN
**Date:** Tue, 1 Jul 2008 11:21 am

I spoke with my daughters elementary school and the principal is going to call me back. Their computer system is being updated but they will be able to print out for me the exact days nicole missed from school this past year as she missed 36 days due to illness.
thanks,

Marisa

=