IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: :
MURTY S. VEPURI, :
VARALAXMI VEPURI :
: CIVIL ACTION
Debtors, :
: NO. 09-CV-1901
NATIONAL FERTILIZERS, LTD. :
:
Plaintiff/Appellant, :
:
v. :
:
MURTY S. VEPURI :
VARALAXMI VEPURI :
:
Defendants/Appellees :

## ORDER

AND NOW, this 31st day of March, 2010, upon consideration of Plaintiff/Appellant National Fertilizers, Ltd.'s appeal from the United States Bankruptcy Court for the Eastern District of Pennsylvania's March 25, 2009 Order and all filings related thereto, it is hereby ORDERED that the Order of the Bankruptcy Court is AFFIRMED.

BY THE COURT:

/s/ Thomas M. Golden
THOMAS M. GOLDEN, J.

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 5/10/10
ATTEST:
DEPUTY CLERK
EASTERN DISTRICT COURT